IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-5-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) **ORDER** |
| THOMAS JOSEPH ECKENRODE, | ) |
| Defendant. | ) |

This matter is currently scheduled for a hearing on the Government's motion to detain Defendant pursuant to 18 U.S.C. § 3142. The court has recently been made aware that a number of federal detainees at the facility where Defendant is being housed have tested positive for COVID-19. Based upon that information, the court determines that the scheduled hearing cannot be conducted with Defendant appearing in court without seriously jeopardizing the health and safety of others due to the potential spread of COVID-19.

Accordingly, the court DIRECTS defense counsel to confer with Defendant and to inform the court whether Defendant consents to have the hearing conducted via videoconference or whether he requests that the hearing be continued to a date that would allow his appearance in court. *See* CARES Act, H.R. 748, Pub. L. No. 116-136; In re Video Conferencing for Criminal Proceedings under the CARES Act and in Light of the COVID-19 Pandemic, 21-SO-3 (Mar. 8, 2021).

This 19th day of April 2021.

_____
KIMBERLY A. SWANK
United States Magistrate Judge